Utica Mut. Ins. Co. v Abeille Gen. Ins. Co. (2024 NY Slip Op 02645)

Utica Mut. Ins. Co. v Abeille Gen. Ins. Co.

2024 NY Slip Op 02645

Decided on May 10, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

343 CA 23-01132

[*1]UTICA MUTUAL INSURANCE COMPANY, PLAINTIFF-RESPONDENT,
v
ABEILLE GENERAL INSURANCE COMPANY, NOW KNOWN AS 21ST CENTURY NATIONAL INSURANCE COMPANY, ET AL., DEFENDANTS-APPELLANTS. 

NORTON ROSE FULBRIGHT US LLP, NEW YORK CITY (VICTORIA V. CORDER OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
HUNTON ANDREWS KURTH LLP, WASHINGTON, D.C. (SYED S. AHMAD, ADMITTED PRO HAC VICE, OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Scott J. DelConte, J.), entered May 23, 2023. The order, inter alia, granted the cross-motion of plaintiff for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 1, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: May 10, 2024
Ann Dillon Flynn
Clerk of the Court